E-FILED 06/08/11
JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA RUSSELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., HMH INVESTMENT COMPANY, L.P., and DOES 1 through 10, Inclusive<br><br>　　　　Defendants. | Case No. 2:10-CV-03859-PSG (MANx)<br><br><u>Civil Rights Action</u><br>Assigned to the Honorable Philip S. Gutierrez, District Judge presiding<br><br>**[~~PROPOSED~~] ORDER ON CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S COMPLAINT**<br><br>Trial: September 6, 2011 |

///
///
///
///
///
///

---

# [~~PROPOSED~~] ORDER ON CONSENT DECREE

Pursuant to the Stipulation of the Parties, and for good cause shown, the Court makes the following orders:

1. The concurrently filed stipulated Consent Decree for Settlement of Plaintiff's Complaint is ORDERED and shall be binding on Plaintiff MARTA RUSSELL and Defendants HMH INVESTMENT COMPANY, L.P. AND MRS. GOOCH'S NATURAL FOODS MARKET, INC and any successors in interest.

2. The Court shall retain jurisdiction of this action to enforce provisions of this Consent Decree and Order until Defendants comply with all of the terms of this Agreement.

**IT IS SO ORDERED.**

Dated: 06/07/11

**PHILIP S. GUTIERREZ**
Honorable Philip S. Gutierrez
United States District Judge